IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

HEIDI A. CHARLES, individually and as an Administrator of the Estate of ███████████, deceased, and █████ , a minor, by and through HEIDI A. CHARLES, as a parent and natural guardian of a minor,

                Plaintiffs,

vs.

WHEELING & LAKE ERIE RAILWAY COMPANY, a Delaware corporation,

                Defendant.

CIVIL DIVISION

NO. GD-22- 7056

TYPE OF PLEADING:
**PRAECIPE FOR WRIT OF SUMMONS IN CIVIL ACTION**

FILED ON BHEALF OF:
**PLAINTIFFS, HEIDI A. CHARLES, individually and as an Administrator of the Estate of █████████, deceased, and ███████████ , a minor, by and through HEIDI A. CHARLES, as a parent and natural guardian of a minor**

COUNSEL OF RECORD FOR THIS PARTY:

MARK F. McKENNA, ESQUIRE
PA I.D. No. 30297

**McKENNA & ASSOCIATES, P.C.**

436 Boulevard of the Allies
Suite 500
Pittsburgh, PA  15219
Phone (412) 471-6226
Fax (412 471-6658

mfm@mckennaandassociates.com

**JURY TRIAL DEMANDED**

FILED
2022 JUN 10 PH 3: 49
DEPT OF COURT RECORDS
CIVIL/FAMILY DIVISION
ALLEGHENY COUNTY

OPS$KRISTOPHER1
10 June 2022
15:55:19
GD-22-007056

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

HEIDI A. CHARLES, individually and
as an Administrator of the Estate of
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, deceased,
and ▇▇▇▇▇▇▇▇▇▇▇, a minor, by
and through HEIDI A. CHARLES, as a
parent and natural guardian of a minor,

                Plaintiffs,

      vs.

WHEELING & LAKE ERIE
RAILWAY COMPANY, a Delaware
corporation,

                Defendant.

CIVIL DIVISION

NO. GD-22- 7056

---

## PRAECIPE FOR WRIT OF SUMMONS

TO:    DEPARTMENT OF COURT RECORDS, ALLEGHENY COUNTY

        Kindly issue a Writ of Summons in Civil Action against the Defendant,

WHEELING & LAKE ERIE RAILWAY COMPANY, in the above-captioned matter.

                **McKENNA & ASSOCIATES, P.C.**

BY: _____
            MARK F. McKENNA, ESQUIRE
            *Attorneys for Plaintiffs, HEIDI A. CHARLES,*
            *individually and as an Administrator of the*
            *Estate of* ▇▇▇▇▇▇▇▇▇▇*, deceased,*
            *and* ▇▇▇▇▇▇▇▇▇*, a minor, by and*
            *through HEIDI A. CHARLES, as a parent and*
            *natural guardian of a minor*

<u>CERTIFICATE OF COMPLIANCE</u>

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Mark F. McKenna, Esquire

Signature: _____

Name: Mark F. McKenna

Attorney No. (if applicable): 30297

Rev. 09/2017

**Supreme Court of Pennsylvania**

**Court of Common Pleas**
**Civil Cover Sheet**

_____ ALLEGHENY _____ **County**

| For Prothonotary Use Only: | TIME STAMP |
|---|---|
| Docket No:  GD-22-7056 | |

*The information collected on this form is used solely for court administration purposes.  This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- [ ] Complaint
- [x] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

| Lead Plaintiff's Name:  Heidy A. Charles, individually and as Administrator | Lead Defendant's Name:  Wheeling & Lake Erie Railway Company |
|---|---|

**Are money damages requested?** [x] Yes  [ ] No

Dollar Amount Requested: (check one)  [ ] within arbitration limits  [x] outside arbitration limits

**Is this a *Class Action Suit*?** [ ] Yes  [x] No

**Is this an *MDJ Appeal*?** [ ] Yes  [x] No

Name of Plaintiff/Appellant's Attorney:  Mark F. McKenna, Esquire

- [ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [x] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [ ] Other: _____
  _____

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other: _____
  _____

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional: _____
  _____

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other
  _____
  _____
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other
  _____
  _____
- [ ] Other: _____
  _____
  _____

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other: _____
  _____

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other
  _____
  _____
- [ ] Zoning Board
- [ ] Other: _____
  _____

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other: _____
  _____

*Updated 1/1/2011*

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

HEIDI A. CHARLES, individually and
as an Administrator of the Estate of
███████████████, deceased,
and███████████████, a minor, by
and through HEIDI A. CHARLES, as a
parent and natural guardian of a minor,

            Plaintiffs,

    vs.

WHEELING & LAKE ERIE
RAILWAY COMPANY, a Delaware
corporation,

            Defendant.

CIVIL DIVISION

NO. GD-22-007056

TYPE OF PLEADING:
**AFFIDAVIT OF SERVICE**

FILED ON BHEALF OF:
**PLAINTIFFS, HEIDI A. CHARLES,
individually and as an Administrator of
the Estate of** ███████████████,
**deceased, and** ███████████████**, a
minor, by and through HEIDI A.
CHARLES, as a parent and natural
guardian of a minor**

COUNSEL OF RECORD FOR THIS
PARTY:

MARK F. McKENNA, ESQUIRE
PA I.D. No. 30297

**McKENNA & ASSOCIATES, P.C.**

436 Boulevard of the Allies
Suite 500
Pittsburgh, PA  15219
Phone (412) 471-6226
Fax (412 471-6658

mfm@mckennaandassociates.com

**JURY TRIAL DEMANDED**

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,
PENNSYLVANIA**

HEIDI A. CHARLES, individually and
as an Administrator of the Estate of
██████████████, deceased,
and ███████████, a minor, by
and through HEIDI A. CHARLES, as a
parent and natural guardian of a minor,

                 Plaintiffs,

     vs.

WHEELING & LAKE ERIE
RAILWAY COMPANY, a Delaware
corporation,

                 Defendant.

CIVIL DIVISION

NO. GD-22-007056

## AFFIDAVIT OF SERVICE

The undersigned hereby states under the penalties provided by 18 Pa. C.S.A. §4904 (relating to

unsworn falsifications to authorities) that on June 13, 2022, the undersigned caused a true and correct

copy of the Praecipe for Writ of Summons (the "Writ") in connection with the above referenced

matter, to be mailed by certified mail, return receipt requested, to the following:

Wheeling & Lake Erie Railway Company
100 First Street SE
Brewster, OH 44613

Attached hereto as Exhibit "A" is the receipt showing delivery and acceptance on June 16,
2022.

                            McKENNA & ASSOCIATES, P.C.

BY: _____
                    MARK F. McKENNA, ESQUIRE
                    *Attorneys for Plaintiffs, HEIDI A. CHARLES,*
                    *individually and as an Administrator of the*
                    *Estate of* ████████*, deceased,*
                    *and* ████████*, a minor, by and*
                    *through HEIDI A. CHARLES, as a parent and*
                    *natural guardian of a minor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Affidavit of Service was forward via U.S. mail, postage prepaid, to the following this _22nd_ day of June 2022:

Wheeling & Lake Erie Railway Company
100 First Street SE
Brewster, OH 44613

McKENNA & ASSOCIATES, P.C.

BY: _____

MARK F. McKENNA, ESQUIRE
*Attorneys for Plaintiffs, HEIDI A.*
*CHARLES, individually and as an*
*Administrator of the Estate of*
*▮▮▮▮▮▮▮▮▮▮, deceased,*
*and ▮▮▮▮▮▮▮▮, a minor, by*
*and through HEIDI A. CHARLES, as*
*a parent and natural guardian of a*
*minor*



**EXHIBIT A**

CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Mark F. McKenna, Esquire

Signature: _____

Name: Mark F. McKenna

Attorney No. (if applicable): 30297

Rev. 09/2017

# CONFIDENTIAL INFORMATION FORM



*Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*
204 Pa. Code § 213.81
www.pacourts.us/public-records

Heidi A. Charles, individually and as an
Administrator of the estate of ▮▮▮▮▮▮ decased, and ▮▮▮▮▮▮▮▮▮ minor, by and
through Heidi A. Charles, as a parent and natural guardian of a minor
(Party name as displayed in case caption)

GD 22-007056
Docket/Case No.

Vs.

Wheeling & Lake Erie Railway Company
(Party name as displayed in case caption)

Allegheny County Ct. Com. Pl.
Court

This form is associated with the pleading titled **Praecipe to Enter Appearance**, dated **6/29/22**.

Pursuant to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*, the Confidential Information Form shall accompany a filing where confidential information is **required by law, ordered by the court, or otherwise necessary to effect the disposition of a matter**. This form, and any additional pages, shall remain confidential, except that it shall be available to the parties, counsel of record, the court, and the custodian. This form, and any additional pages, must be served on all unrepresented parties and counsel of record.

| This Information Pertains to: | Confidential Information: | References in Filing: |
|---|---|---|
| <br>_____<br>(full name of adult)<br>OR<br>This information pertains to a minor with the initials of **J.M.** and the full name of<br>▮▮▮▮▮▮▮▮<br>(full name of minor)<br>and date of birth: **unknown at this time** | Social Security Number (SSN):<br><br>Financial Account Number (FAN):<br><br>Driver License Number (DLN):<br><br>State of Issuance:<br><br>State Identification Number (SID): | Alternative Reference:<br>SSN 1<br><br>Alternative Reference:<br>FAN 1<br><br>Alternative Reference:<br>DLN 1<br><br><br>Alternative Reference:<br>SID 1 |
| <br>_____<br>(full name of adult)<br>OR<br>This information pertains to a minor with the initials of **A.G.** and the full name of<br>▮▮▮▮▮▮▮▮<br>(full name of minor)<br>and date of birth: **unknown at this time** | Social Security Number (SSN):<br><br>Financial Account Number (FAN):<br><br>Driver License Number (DLN):<br><br>State of Issuance:<br><br>State Identification Number (SID): | Alternative Reference:<br>SSN 2<br><br>Alternative Reference:<br>FAN 2<br><br>Alternative Reference:<br>DLN 2<br><br><br>Alternative Reference:<br>SID 2 |

Rev. 7/2018

**THIS FORM IS CONFIDENTIAL**

**CONFIDENTIAL
INFORMATION
FORM**



Additional page(s) attached. _0_ total pages are attached to this filing.

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

_Scott J. Cle_____
Signature of Attorney or Unrepresented Party

_6/22/22_
Date

Name: _SCOTT D. Clements_

Address: _TWO PPG Place, Suite 400_
_Pittsburgh, PA 15222_

Attorney Number: (if applicable) _78929_

Telephone: _(412) 281-7272_

Email: _sclements@dmclaw.com_

***NOTE:*** **Parties and attorney of record in a case will have access to this Confidential Information
Form. Confidentiality of this information must be maintained.**

Rev. 7/2018

THIS FORM IS CONFIDENTIAL

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| HEIDI A. CHARLES, individually and as an Administrator of the Estate of J.G., deceased, and A.G., a minor, by and through HEIDI A. CHARLES, as a parent and natural guardian of a minor, | CIVIL DIVISION |
| | No. GD 22-007056 |
| | Issue No. |
| Plaintiffs, | |
| | **PRAECIPE TO ENTER APPEARANCE** |
| v. | Code: |
| WHEELING & LAKE ERIE RAILWAY COMPANY, | Filed on behalf of Defendant, **WHEELING & LAKE ERIE RAILWAY COMPANY** |
| Defendant. | |

Counsel of record for this party:

J. Lawson Johnston, Esquire
PA I.D. #19792

Scott D. Clements, Esquire
PA I.D. #78529

DICKIE, McCAMEY & CHILCOTE, P.C.
Firm #067
Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402

(412) 281-7272

**JURY TRIAL DEMANDED**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

HEIDI A. CHARLES, individually and
as an Administrator of the Estate of J.G.,
deceased, and A.G. , a minor, by and
through HEIDI A. CHARLES, as a parent
and natural guardian of a minor,

               Plaintiffs,

      v.

WHEELING & LAKE ERIE RAILWAY
COMPANY,

               Defendant.

CIVIL DIVISION

No. GD 22-007056

## PRAECIPE TO ENTER APPEARANCE

To:    Department of Court Records

        Kindly enter the appearance of J. Lawson Johnston and Scott D. Clements, as counsel

for Wheeling & Lake Erie Railway Company, Defendant in the above-captioned matter.

               Respectfully submitted,

               DICKIE, McCAMEY & CHILCOTE, P.C.

               By:  /s/Scott D. Clements
                    J. Lawson Johnston, Esquire
                    Scott D. Clements, Esquire

                    Two PPG Place, Suite 400
                    Pittsburgh, PA  15222-5402
                    (412) 281-7272

                    Counsel for Defendant,
                    Wheeling & Lake Erie Railway Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Praecipe to Enter Appearance** has been served by first-class U.S. Mail and electronic mail this 22nd day of June, 2022, to the following counsel of record:

Mark F. McKenna, Esquire
McKenna & Associates, P.C.
436 Boulevard of the Allies
Suite 500
Pittsburgh, PA  15219

DICKIE, McCAMEY & CHILCOTE, P.C.

By:  /s/Scott D. Clements
Scott D. Clements, Esquire

Counsel for Defendant,
Wheeling & Lake Erie Railway Company

14619322.1

**CONFIDENTIAL
INFORMATION
FORM**



*Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*
204 Pa. Code § 213.81
www.pacourts.us/public-records

Hedi A. Charles, individually and
as an Administrator of the Estate of
_____, deceased, and
_____, a minor, by and through
Heidi A. Charles, as a parent and natural
Guardian of a minor
(Party name as displayed in case caption)

Vs.

Wheeling & Lake Erie Railway Company
(Party name as displayed in case caption)

GD 22-007056
Docket/Case No.

Allegheny County
Court

This form is associated with the pleading titled **Praecipe for Rule to File Complaint**, dated **June 23**, **2022**

Pursuant to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*, the Confidential Information Form shall accompany a filing where confidential information is **required by law, ordered by the court, or otherwise necessary to effect the disposition of a matter**. This form, and any additional pages, shall remain confidential, except that it shall be available to the parties, counsel of record, the court, and the custodian. This form, and any additional pages, must be served on all unrepresented parties and counsel of record.

| This Information Pertains to: | Confidential Information: | References in Filing: |
|---|---|---|
| (full name of adult)<br><br>OR<br>This information pertains to a minor with the initials of **J.C.** and the full name of ▓▓▓▓▓<br><br>(full name of minor)<br><br>and date of birth: **Unknown at this time** | Social Security Number (SSN):<br><br>Financial Account Number (FAN):<br><br>Driver License Number (DLN):<br><br>State of Issuance:<br><br>State Identification Number (SID): | Alternative Reference: SSN 1<br><br>Alternative Reference: FAN 1<br><br>Alternative Reference: DLN 1<br><br><br>Alternative Reference: SID 1 |
| (full name of adult)<br><br>OR<br>This information pertains to a minor with the initials of **A.C.** and the full name of ▓▓▓▓▓<br><br>(full name of minor)<br><br>and date of birth: **Unknown at this time** | Social Security Number (SSN):<br><br>Financial Account Number (FAN):<br><br>Driver License Number (DLN):<br><br>State of Issuance:<br><br>State Identification Number (SID): | Alternative Reference: SSN 2<br><br>Alternative Reference: FAN 2<br><br>Alternative Reference: DLN 2<br><br><br>Alternative Reference: SID 2 |

2022 JUN 23 AM II: 08
DEPT OF COURT RECORDS
CIVIL/FAMILY DIVISION
ALLEGHENY COUNTY PA

Rev. 1/2022

**THIS FORM IS CONFIDENTIAL**

**CONFIDENTIAL
INFORMATION
FORM**



Additional page(s) attached. _____0_____ total pages are attached to this filing.

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified
Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-
confidential information and documents.

Signature of Attorney or Unrepresented Party     Date: 6/23/2022

Name: _Scott D. Clements_     Attorney Number: (if applicable) _78529_

Address: _Two PPG Place, Suite 400_     Telephone: _(412) 281-7272_

_Pittsburgh, PA 15222_     Email: _Sclements@dmclaw.com_

**NOTE: Parties and attorney of record in a case will have access to this Confidential Information
Form. Confidentiality of this information must be maintained.**

Rev. 7/2018     THIS FORM IS CONFIDENTIAL

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

HEIDI A. CHARLES, individually and
as an Administrator of the Estate of J.G.,
deceased, and A.G., a minor, by and
through HEIDI A. CHARLES, as a parent
and natural guardian of a minor,

                           Plaintiffs,

      v.

WHEELING & LAKE ERIE RAILWAY
COMPANY,

                       Defendant.

CIVIL DIVISION

No. GD 22-007056

Issue No.

**PRAECIPE FOR RULE TO FILE COMPLAINT**

Code:

Filed on behalf of Defendant,
**WHEELING & LAKE ERIE RAILWAY COMPANY**

Counsel of record for this party:

J. Lawson Johnston, Esquire
PA I.D. #19792

Scott D. Clements, Esquire
PA I.D. #78529

DICKIE, McCAMEY & CHILCOTE, P.C.
Firm #067
Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402

(412) 281-7272

**JURY TRIAL DEMANDED**

FILED
2022 JUN 23  AM 11: 09
DEPT OF COURT RECORDS
CIVIL/FAMILY DIVISION
ALLEGHENY COUNTY PA

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| HEIDI A. CHARLES, individually and as an Administrator of the Estate of J.G., deceased, and A.G., a minor, by and through HEIDI A. CHARLES, as a parent and natural guardian of a minor, | CIVIL DIVISION<br><br>No. GD 22-007056 |

               Plaintiffs,

       v.

WHEELING & LAKE ERIE RAILWAY
COMPANY,

              Defendant.

## **PRAECIPE FOR RULE TO FILE COMPLAINT**

To:    Department of Court Records

      Please enter a Rule against the Plaintiffs to file a Complaint against the Defendant within twenty (20) days hereof or suffer the entry of a Judgment of Non Pros.

                         Respectfully submitted,

                         DICKIE, McCAMEY & CHILCOTE, P.C.

Date:  June 23, 2022           By:  _Scott D. Cl_____

                         J. Lawson Johnston, Esquire
                         Scott D. Clements, Esquire

                         Two PPG Place, Suite 400
                         Pittsburgh, PA  15222-5402
                         (412) 281-7272

                         Counsel for Defendant,
                         Wheeling & Lake Erie Railway Company

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Praecipe for Rule to File Complaint** has been served by first-class U.S. Mail and electronic mail this 23rd day of June, 2022, to the following counsel of record:

> Mark F. McKenna, Esquire
> McKenna & Associates, P.C.
> 436 Boulevard of the Allies
> Suite 500
> Pittsburgh, PA  15219

DICKIE, McCAMEY & CHILCOTE, P.C.

By: _____
Scott D. Clements, Esquire

Counsel for Defendant,
Wheeling & Lake Erie Railway Company

14619322.1

## <u>CERTIFICATE OF COMPLIANCE</u>

"I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents."

Submitted by: <u>Scott D. Clements</u>

Signature: _____

Name: <u>Scott D. Clements</u>

Attorney No. (if applicable): <u>78529</u>

14619322.1

# CONFIDENTIAL INFORMATION FORM



*Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*
204 Pa. Code § 213.81

www.pacourts.us/public-records

HEIDI A. CHARLES, individually and as an
Administrator of the Estate of J. G., deceased
and A. G., a minor, by and through
HEIDI A. CHARLES, as a parent and natural
guardian of a minor,
_____
(Party name as displayed in case caption)

GD 22-007056
_____
Docket/Case No.

Vs.

WHEELING & LAKE ERIE RAILWAY COMPANY
_____
(Party name as displayed in case caption)

Allegheny County
_____
Court

This form is associated with the pleading titled ___Affidavit of Service of Rule to File Complaint___ dated ___July 11___ , ___2022___

Pursuant to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*, the Confidential Information Form shall accompany a filing where confidential information is **required by law, ordered by the court, or otherwise necessary to effect the disposition of a matter.** This form, and any additional pages, shall remain confidential, except that it shall be available to the parties, counsel of record, the court, and the custodian. This form, and any additional pages, must be served on all unrepresented parties and counsel of record.

| This Information Pertains to: | Confidential Information: | References in Filing: |
|---|---|---|
| _____ (full name of adult) OR This information pertains to a minor with the initials of J. G. and the full name of ▮▮▮▮▮ _____ (full name of minor) and date of birth: unknown at this time. | Social Security Number (SSN): <br><br> Financial Account Number (FAN): <br><br> Driver License Number (DLN): <br><br> State of Issuance: <br><br> State Identification Number (SID): | Alternative Reference: SSN 1 <br><br> Alternative Reference: FAN 1 <br><br> Alternative Reference: DLN 1 <br><br><br> Alternative Reference: SID 1 |
| _____ (full name of adult) OR This information pertains to a minor with the initials of A. G. and the full name of ▮▮▮▮▮ _____ (full name of minor) and date of birth: unknown at this time. | Social Security Number (SSN): <br><br> Financial Account Number (FAN): <br><br> Driver License Number (DLN): <br><br> State of Issuance: <br><br> State Identification Number (SID): | Alternative Reference: SSN 2 <br><br> Alternative Reference: FAN 2 <br><br> Alternative Reference: DLN 2 <br><br><br> Alternative Reference: SID 2 |

Rev. 7/2018

**THIS FORM IS CONFIDENTIAL**

## CONFIDENTIAL INFORMATION FORM



Additional page(s) attached. ___0___ total pages are attached to this filing.

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

_____
Signature of Attorney or Unrepresented Party

Date: 7-11-2022

Name: Scott D. Clements

Address: Two PPG Place, Suite 400

Pittsburgh, PA 15222

Attorney Number: (if applicable) 78529

Telephone: (412) 281-7272

Email: sclements@dmclaw.com

*NOTE:* Parties and attorney of record in a case will have access to this Confidential Information Form. Confidentiality of this information must be maintained.

THIS FORM IS CONFIDENTIAL

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

HEIDI A. CHARLES, individually and
as an Administrator of the Estate of J. G.,
deceased, and A. G., a minor, by and
through HEIDI A. CHARLES, as a parent
and natural guardian of a minor,

               Plaintiffs,

      v.

WHEELING & LAKE ERIE RAILWAY
COMPANY,

               Defendant.

CIVIL DIVISION

No. GD 22-007056

Issue No.

**AFFIDAVIT OF SERVICE OF RULE TO
FILE COMPLAINT**

Code:

Filed on behalf of Defendant,
**WHEELING & LAKE ERIE RAILWAY
COMPANY**

Counsel of record for this party:

J. Lawson Johnston, Esquire
PA I.D. #19792

Scott D. Clements, Esquire
PA I.D. #78529

DICKIE, McCAMEY & CHILCOTE, P.C.
Firm #067
Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402

(412) 281-7272

**JURY TRIAL DEMANDED**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

HEIDI A. CHARLES, individually and       CIVIL DIVISION
as an Administrator of the Estate of J. G.,
deceased, and A. G., a minor, by and        No. GD 22-007056
through HEIDI A. CHARLES, as a parent
and natural guardian of a minor,

            Plaintiffs,

      v.

WHEELING & LAKE ERIE RAILWAY
COMPANY,

            Defendant.

## AFFIDAVIT OF SERVICE OF RULE TO FILE COMPLAINT

I, Scott D. Clements, Esquire, do hereby provide this Affidavit of Service pursuant to Pa.R.C.P. 76 and Pa.R.C.P. 405 in support of the following facts:

1.      I am counsel of record for Defendant, Wheeling & Lake Erie Railway Company, in this action.

2.      On July 1, 2022, I sent a letter to counsel for Plaintiffs, Mark F. McKenna, by certified mail, return receipt requested, serving the Rule to File Complaint issued by the Department of Court Records. (True and correct copies of the July 1, 2022 letter and Rule to File Complaint are attached hereto collectively as Exhibit "A").

3.      On or about July 7, 2022, I received back from the United States Postal Service the signed green, return receipt card evidencing that the certified mail was delivered to Mr. McKenna's office on July 5, 2022 based on U.S. Postal Service Tracking. (The original signed green, return receipt card and USPS tracking confirmation are attached hereto collectively as Exhibit "B").

4.      This Affidavit is being supplied as confirmation of service of the Rule to File Complaint served on counsel for Plaintiffs on July 1, 2022.

5.      I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

Dated: *7-11-2022*

By: _____

J. Lawson Johnston, Esquire
Scott D. Clements, Esquire

Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402
(412) 281-7272

Counsel for Defendant,
Wheeling & Lake Erie Railway Company