# EXHIBIT "A"



**Scott D. Clements**
Attorney at Law
Admitted in PA, OH, NY, WV

412-392-5484
Fax: 888-811-7144
sclements@dmclaw.com

July 1, 2022

**VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
**U.S. MAIL AND EMAIL**

Mark F. McKenna, Esquire
McKenna & Associates, P.C.
436 Boulevard of the Allies
Suite 500
Pittsburgh, PA 15219

      RE:   Heidi A. Charles (▮▮▮▮▮▮▮▮▮▮)
              v. Wheeling & Lake Erie Railway Company
              Our File No.: 0060494.0409074

Dear Mark:

    Enclosed please find a Rule to File Complaint issued by the Department of Court Records in the above matter.

    Please call should you have any questions.

                                    Sincerely,

                                    Scott D. Clements

SDC:sj
Enclosure

cc:    J. Lawson Johnston, Esquire

DICKIE, McCAMEY & CHILCOTE, P.C. | ATTORNEYS AT LAW
MAIN: 412-281-7272 FAX: 888-811-7144
TWO PPG PLACE, SUITE 400 | PITTSBURGH, PA 15222-5402 | WWW.DMCLAW.COM

CALIFORNIA | COLORADO | DELAWARE | MICHIGAN
NEW JERSEY | NEW YORK | NORTH CAROLINA | OHIO
PENNSYLVANIA | SOUTH CAROLINA | WEST VIRGINIA

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

Charles etal vs Wheeling & Lake Erie Railway Co

Case Number GD-22-007056

### RULE

To :

**Heidi A. Charles Estate of** ▮▮▮▮▮▮▮▮ **Deceased administrator_of** ▮▮▮▮ **parent** ▮▮▮

[X] You are ruled to file a complaint within twenty (20) days after service hereof.

[ ] You are ruled to file a bill of particulars in this action within twenty (20) days after service hereof.

[ ] You are ruled to show cause, if any you have, why

[ ] You are ruled to file interrogatories within 20 Days after service hereof.

**Date : 6/24/2022 9:45:48 AM**

**Returnable : 9/22/2022 9:45:48 AM**

**Attorney Name : Scott D Clements**

**Michael McGeever, Director**

**Department of Court Records**