# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEIDI A. CHARLES, individually and as an Administratrix of the Estate of J. G. deceased, and A. G., a minor, by and through HEIDI A. CHARLES, as a parent and natural guardian of a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> WHEELING & LAKE ERIE RAILWAY COMPANY, a Delaware corporation, <br><br> Defendant. | Case No. 2:22-cv-01248-MJH |

## ORDER

AND NOW, this \_\_14th\_\_ day of July, 2023, upon consideration of the Joint Motion for Leave of Court to File Under Seal Amended Petition for Court Approval to Settle Wrongful Death and Survival, it is hereby ORDERED that leave is hereby granted for Plaintiff to file an Amended Petition for Allocation and Distribution of Settlement Proceeds under Seal.

BY THE COURT:

_Marilyn J. Horan_____ J.